# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

EMPIRE FIRE AND MARINE
INSURANCE COMPANY                                                                    PLAINTIFF

vs.                                          No. 4:18CV0119 JM

ROSE HAND, KRISTINA L. HAND,
LATRISHA N. SINGLETARY,
STEVEN FRANKLIN HUMMEL, and
ASSOCIATED WHOLESALE GROCERS, INC.                                   DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered on this date, Judgment is hereby entered in favor of the Plaintiff on its declaratory judgment action against Defendants. Empire Fire and Marine Insurance Company owes no coverage to any of the defendants arising from a motor vehicle accident which occurred on July 25, 2017 involving a vehicle driven by Singletary, in which K. Hand was a passenger, and a vehicle owned by AWG and driven by Hummel.

DATED this 7th day of March, 2019.

_____
James M. Moody Jr.
United States District Judge